# IN THE SUPREME COURT OF THE STATE OF NEVADA

LOREN K. BRAZELL,
                Appellant,

vs.

DEBRA BRAZELL,
                Respondent.

No. 72844

FILED

MAY 05 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from findings of fact, conclusions of law, and an order finding appellant in contempt for failing to comply with the terms of a divorce. Second Judicial District Court, Family Court Division, Washoe County; Frances Doherty, Judge.

Our review of the documentation before this court reveals a jurisdictional defect. Specifically, to the extent the district court's order holds appellant in contempt and reduces certain amounts to judgment it constitutes mere enforcement of appellant's obligations under the divorce decree and is not appealable. NRAP 3A(b)(8); *see Gumm v. Mainor*, 118 Nev. 912, 920, 59 P.3d 1220, 1225 (2002) (providing that an appealable special order after final judgment must affect the rights of some party to the action growing out of the judgment); *Pengilly v. Rancho Santa Fe Homeowners Ass'n*, 116 Nev. 646, 649, 5 P.3d 569, 571 (2000) (recognizing

17-15039

that a contempt order is not appealable). We conclude that we lack jurisdiction, and we

ORDER this appeal DISMISSED.[1]

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

cc:    Hon. Frances Doherty, District Judge, Family Court Division
       Loren K. Brazell
       Silverman, Kattelman, Springgate
       Washoe District Court Clerk

---

[1]We take no action on the order granting a motion to withdraw as counsel filed by respondent's counsel, or on respondent's "Notice of Proper Person Status."